UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARNOLD WANDEL, derivatively on behalf of Nominal Defendant WEATHERFORD INTERNATIONAL LTD.<br><br>　　　　Plaintiff,<br><br>v.<br><br>BERNARD J. DUROC-DANNER, CHARLES E. GEER, JR., JESSICA ABARCA, WILLIAM E. MACAULAY, ROBERT K. MOSES, JR., ROBERT A. RAYNE, and ANDREW P. BECNEL,<br><br>　　　　Defendants,<br><br>and<br><br>WEATHERFORD INTERNATIONAL LTD.,<br><br>　　　　Nominal Defendant. | 12 Civ. 1305 (LAK) |

### NOTICE OF JOINT MOTION FOR APPROVAL OF NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the exhibits attached thereto, and all prior pleadings and proceedings, Plaintiff Arnold Wandel, ("New York Plaintiff"), derivatively on behalf of Weatherford International Ltd. ("Weatherford" or the "Company"), Nominal Defendant Weatherford, and Individual Defendants Bernard J. Duroc-Danner, Charles E. Geer, Jr., Jessica Abarca, William E. Macaulay, Robert K. Moses, Jr., Robert A. Rayne, and Andrew P. Becnel (collectively, "Defendants"), hereby jointly move this Court, at the United States District Court for the Southern District of New York, before the Honorable Lewis A. Kaplan, located at 500 Pearl Street, New York, New York 10007, for an Order approving the content, form and manner of providing notice of the Settlement entered into among: (1) New York Plaintiff, derivatively on behalf of nominal defendant Weatherford; (2)

1

Plaintiff Iron Workers Mid-South Pension Fund ("Texas Plaintiff," together with New York Plaintiff, "Plaintiffs"),[1] derivatively on behalf of nominal defendant Weatherford; and (3) Defendants to the above-captioned action (the "New York Action") as well as the derivative action captioned *Iron Workers Mid-South Pension Fund v. Duroc-Danner, et al.*, No. 2011-19822 (165th Dist. Ct., Harris County, Tex.) (the "Texas Action," together with the New York Action, the "Actions") as set forth in the Amended Stipulation executed on November 25, 2014 (the "Amended Stipulation") and attached as Exhibit 1 to the Parties' Memorandum of Law in Support of Joint Motion for Approval of Notice of Settlement and Settlement Hearing Date, filed with the Court on November 25, 2015 (Dkt. 48).

Dated:   March 11, 2015                                     Respectfully submitted,

| | |
|---|---|
| **FEDERMAN & SHERWOOD** | **LATHAM & WATKINS LLP** |
| By: /s/ William B. Federman (on consent)[2] | By: /s/ Peter A. Wald |
|    William B. Federman (WBF9124) |    Peter A. Wald (*pro hac vice*) |
|    10205 North Pennsylvania Ave. |    505 Montgomery Street, Suite 2000 |
|    Oklahoma City, OK 73120 |    San Francisco, CA 94111-2562 |
|    Tel: (405) 235-1560 |    Tel: (415) 391-0600 |
|    Fax: (405) 239-2112 |    Fax: (415) 395-8095 |
|    wbf@federmanlaw.com | |
| | Kevin H. Metz (*pro hac vice*) |
|    -and- | 555 Eleventh St. NW, Suite 1000 |
| | Washington, DC 20004 |
|   2926 Maple Avenue, Suite 200 | Tel: (202) 637-2200 |
|   Dallas, TX 75201 | Fax: (202) 637-2201 |
| | kevin.metz@lw.com |
|   Marc S. Henzel | |
|   LAW OFFICES OF MARC S. HENZEL | *Attorneys for Defendants Bernard J.* |
|   431 Montgomery Ave., Suite B | *Duroc-Danner, Jessica Abarca, Charles* |

---

[1] Hereinafter, Plaintiffs and Defendants are collectively referred to herein as the "Parties."

[2] Plaintiff uses an electronic signature with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.

Merion Station, PA  19066
Tel:  (610) 660-8000
Fax:   (610) 660-8080

*Attorneys for Plaintiff Arnold Wandel*

*E. Geer Jr., William E. Macaulay, Robert K. Moses, Robert A. Rayne, and Andrew P. Becnel and Nominal Defendant Weatherford International Ltd.*