

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARNOLD WANDEL, derivatively on behalf of Nominal Defendant WEATHERFORD INTERNATIONAL LTD.

Plaintiff,

v.

BERNARD J. DUROC-DANNER, CHARLES E. GEER, JR., JESSICA ABARCA, WILLIAM E. MACAULAY, ROBERT K. MOSES, JR., ROBERT A. RAYNE, and ANDREW P. BECNEL,

Defendants,

and

WEATHERFORD INTERNATIONAL LTD.,

Nominal Defendant.

---

12 Civ. 1305 (LAK)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/15

## [PROPOSED] ORDER AWARDING ATTORNEYS' FEES AND EXPENSES

This matter came before the Court for hearing on June 24, 2015, to consider approval of the proposed settlement ("Settlement") set forth in the Amended Stipulation of Settlement dated November 25, 2014 (the "Amended Stipulation") (Dkt. 48-1). The Court has reviewed and considered all documents, evidence, the objection, and arguments presented in support of or against the Settlement and the request for an award of attorneys' fees and expenses incurred in the litigation and, having found the Settlement of this litigation to be fair, reasonable, and adequate, and good cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. For purposes of this Order, the terms used herein shall have the same meaning as set forth in the Amended Stipulation.

- 2 -

2. The Court hereby approves the request for attorneys' fees in the amount of $550,000 and the amount of $45,000 for reimbursement of costs and expenses incurred by Plaintiffs' Counsel in connection with the prosecution of the Actions (the "Fee and Expense Amount"), which the Court finds are fair and reasonable. The Fee and Expense Amount shall be paid to Plaintiffs' Counsel in accordance with the terms of the Amended Stipulation.

**IT IS SO ORDERED.**

DATED: 6/25/15

_____
THE HONORABLE LEWIS A. KAPLAN